## United States Bankruptcy Court
### Middle District of Georgia

In re: **Matthew Brent Johnson / Heather Nicole Johnson**, Debtor(s)

Case No. **17-30907**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 5, 2019**, a copy of **Notice of Bankruptcy; CerSer** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Eagles Landing Family Practice**
2330 Patrick Henry Parkway
Suite 200
McDonough, GA 30253

**I C System, Inc**
PO Box 64377
Saint Paul, MN 55164

**Medicredit, Inc**
PO Box 1629
Maryland Heights, MO 63043-0629

**Piedmont Rockdale Hospital**
PO Box 630957
Cincinnati, OH 45263-0957

**Rockdale Anesthesia Services**
PO Box 1078
Conyers, GA 30012-1078

**USCB Corporation**
PO Box 75
Archbald, PA 18403

**Courtney Davis, Trustee**
1090-C Founders Blvd
Athens, GA 30806

/s/ Carol S. Dew
Carol S. Dew 219790
Carol S. Dew, LLC
428 W. Highland Ave.
P.O. Box 30
Monroe, GA 30655
770-267-9700 Fax:770-267-6578
cdew@mindspring.com